# United States Bankruptcy Court
## Middle District of Florida

In re    __Broderic Johnson__      Case No.    __8:25-bk-5529__
                                                               Chapter    __7__

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept prior to filing this case $675.00, total, $338.00, filing fee, $43.00 for credit report netting legal fees of | $ 294.00 |
   | Prior to the filing of this statement, I have received | $ 294.00 |
   | Subsequent to filing this case, the debtor signed a post-petition fee agreement and agreed to pay $2475.00 at the rate of $225.00 a monthly for a period of 11 months beginning 08/25/2025. | |
   | Total received thus far post-petition | $ 225.00 |
   | Balance Due | $ 2250.00 |
   | Total legal fees pre- and post-petition to be received | $ 0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):      1

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed post-petition fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

The attorney shall represent the Client in all remaining aspects of the case (with the exception of Adversary Proceedings as set forth below). These services include, but are not limited to, appearing at the 341 Meeting of Creditors; preparing and filing necessary pleadings or other papers; representing Client in contested matters; advising and assisting Client concerning reaffirmation agreement; advising and assisting Client concerning the required personal financial management course; advising and assisting Client with trustee and court requests; communicating and negotiating with the Client's creditors as appropriate; and, providing all other appropriate legal counsel to client about client's case.

6. By agreement with the debtor, the above-disclosed fee does not include the following service:

By agreement with Client, the above-disclosed fee does not include the following services: the contract of employment does not include representing Client, either as a Plaintiff or a Defendant, in any adversary proceeding, filed in or in connection with this case. Should the Attorney agree to represent the Client in an adversary proceeding, a different contract of employment shall be executed between the parties under such terms and conditions as the parties deem mutually acceptable. If Client is served with an adversary processing complaint, Attorney shall take appropriate steps to protect and represent Client's best interests, billed at the hourly rates of $400.00 for attorney and $125.00 for paralegals, until such time as Client informs Attorney that Client does not wish to litigate the matter; Client affirmatively declines Attorney's representation; Client obtains other counsel; Client enters into a new retainer contract with Attorney; or, Attorney is allowed to withdraw by the Court.

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

| | |
|---|---|
| Dated: September 01, 2025 | /s/ Jerry Funt<br>Jerry Funt 1056085<br>Law Offices of Robert M. Geller, P.A.<br>807 W. Azeele St<br>Tampa, FL 33606<br>813-254-7687<br>rmgbk@verizon.net |